**UNDER SEAL**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>GEORGE AREF NADER<br>*Defendant(s)* | )<br>)<br>) Case No. 1:18-mj- 196<br>)<br>)<br>)<br>) |

**UNDER SEAL**

APR 1 9 2018

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 17, 2018__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sec. 2252(a)(1) and (b)(1) | Transportation of Visual Depiction of Minors |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jay V. Prabhu, Chief, Cybercrime Unit

*Complainant's signature*

Special Agent Ted P. Delacourt, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/19/2018

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

John F. Anderson, Magistrate Judge
*Printed name and title*