UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARRROLL BUCHANAN

UNITED STATES OF AMERICA

-VS-

George Aref Nader

HEARING: **PH**  CASE #: **18mJ196**

DATE: **6/10/19**  TIME: **3:00 pm**

TYPE: FTR RECORDER  DEPUTY CLERK: T. FITZGERALD

COUNSEL FOR THE UNITED STATES: Laura Fong

COUNSEL FOR THE DEFENDANT: Jonathan Jeffress

INTERPRETER: _____  LANGUAGE: _____

( X ) DEFENDANT APPEARED: ( X ) WITH COUNSEL  (   ) WITHOUT COUNSEL

(   ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

(   ) COURT TO APPOINT COUNSEL _____ (   ) DFT. TO RETAIN COUNSEL

( X ) GVT. CALL WITNESS & ADDUCES EVIDENCE **(Affidavit)**

( X ) EXHBIT # **1** ADMITTED

( X ) PROBABLE CAUSE: FOUND ( X ) / NOT FOUND (   )

(   ) PRELIMINARY HEARING WAIVED

( X ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

(   ) DEFT. ADMITS VIOLATION (   ) DFT. DENIES VIOLATION (   ) COURT FINDS DFT. IN VIOLATION

MINUTES: **Agent adopts the Affidavit as part of her testimony; Crossexamination of witness; Redirect; Gov't rests; Deft argues PC; Court finds PC.**

CONDITIONS OF RELEASE:
($         ) UNSECURED ($         ) SECURED (   ) PTS (   ) 3RD PARTY (   ) TRAVEL RESTRICTED •
(   ) APPROVED RESIDENCE (   ) SATT (   ) PAY COSTS (   ) ELECTRONIC MONITORING (   ) MENTAL HEALTH TEST/TREAT (   ) ROL (   ) NOT DRIVE (   ) FIREARM (   ) PASSPORT (   ) AVOID CONTACT
(   ) ALCOHOL & DRUG USE (   ) EMPLOYMENT

( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(   ) DEFENDANT CONTINUED ON SAME CONDITIONS OF PROBATION

NEXT COURT APPEARANCE: _____ at _____ Before _____
(   ) DH (   ) PH (   ) STATUS (   ) TRIAL (   ) JURY (   ) PLEA (   ) SENT (   ) PBV (   ) SRV (   ) RS