# Criminal Case Cover Sheet

FILED: REDACTED  **Under Seal**  **U.S. District Court**

**Place of Offense:** ☒ Under Seal

Judge Assigned: LMB

City: Dulles, Virginia
Superseding Indictment: 
Criminal No. 1:19cr 201

County: Loudoun
Same Defendant: x
New Defendant: 

Magistrate Judge Case No.: 1:18mj196
Arraignment Date:

Search Warrant Case No.:
R. 20/R. 40 From:

## Defendant Information:

Defendant Name: George Aref Nader     Alias(es):     ☐ Juvenile    FBI No. 710459MA3

Address: Washington D.C. 20009

Employment:

Birth Date: 1959   SSN: 7643   Sex: Male   Race: White   Nationality: Lebanon/U.S.

Place of Birth: Lebanon   Height: 5'8"   Weight: 172   Hair: Black   Eyes: Brown   Scars/Tattoos:

☐ Interpreter  Language/Dialect:     Auto Description:

## Location/Status:

Arrest Date: June 3, 2019   ☒ Already in Federal Custody as of: June 3, 2019   in: Alexandria City Jail

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

## Defense Counsel Information:

Name: Timothy McCarten (See Attached)    ☐ Court Appointed    Counsel Conflicts:

Address: 555 11th St, NW, Ste 1000, Washington, DC 20004    ☐ Retained

Phone: (202) 637-2200    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): Jay V. Prabhu and Laura Fong    Phone: 703-299-3842/3934    Bar No. 85376 (Jay Prabhu)

**Complainant Agency - Address & Phone No. or Person & Title:**

Special Agent Ted Delacourt, FBI, 9325 Discovery Blvd, Manassas, VA 20109, 202-507-3585

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 2252(a)(1)&(b) | Transportation Visual Depict. Minors | 1 | Felony |
| Set 2: | 18 U.S.C. 1462 | Transportation of Obscenity | 2 | Felony |

Date: July 1, 2019   AUSA Signature: [signature]   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. 2423(a) | Transportation of a Minor with Intent | 3 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form        Reset Form

## George Aref Nader Legal Defense Team

**Timothy McCarten**
Latham & Watkins LLP (DC)
555 11th St NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
Email: Timothy.McCarten@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Clayton Davidson LaForge**
Latham & Watkins LLP (DC)
555 11th St NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
Email: clayton.laforge@lw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Emily Anne Voshell**
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
202-640-2850
Fax: 202-280-1034
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jonathan Stuart Jeffress**
KaiserDillon PLLC
1401 K Street NW
Suite 600
Washington, DC 20005
202-640-2850
Fax: 202-280-1034

Email: jjeffress@kaiserdillon.com
*ATTORNEY TO BE NOTICED*

**Jonathan Chun-Wei Su**
Latham & Watkins LLP (DC)
555 11th St NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
Email: jonathan.su@lw.com
*ATTORNEY TO BE NOTICED*

**Savannah Kent Burgoyne**
Latham & Watkins LLP (DC)
555 11th St NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
*ATTORNEY TO BE NOTICED*
*Designation: Retained*