FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 JUL 19 A 10: 49

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA,

                Plaintiff,

v.

GEORGE AREF NADER,

                Defendant.

Case No. 1:19-CR-201

**FILED UNDER SEAL**

## MOTION TO REVOKE THE DETENTION ORDER

Pursuant to Federal Rule of Criminal Procedure 46(a) and 18 U.S.C. § 3145(b), George A. Nader, through the undersigned counsel, moves this Court to revoke the detention order entered in this case on June 7, 2019. A supporting memorandum and exhibits, and a proposed order, accompany this motion.

Dated: July 19, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Clayton D. LaForge (#84075)
Jonathan C. Su (#92804)
Timothy H. McCarten (#77044)
Savannah K. Burgoyne (#90596)
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Clayton.LaForge@lw.com
Jonathan.Su@lw.com
Timothy.McCarten@lw.com
Savannah.Burgoyne@lw.com

1

Christopher J. Clark (*pro hac vice*)
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-2927
Fax: (212) 751-4864
chris.clark@lw.com

Jonathan S. Jeffress (#42884)
Emily Anne Voshell (#92997)
KaiserDillon PLLC
1099 14th Street, NW
8th Fl. West
Washington, DC 20005
Tel: (202) 640-4430
Fax: (202) 280-1034
jjeffress@kaiserdillon.com
evoshell@kaiserdillon.com

*Attorneys for Defendant
George Aref Nader*