IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19-cr-201 (LMB) |
| ) | |
| GEORGE AREF NADER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 3, 2019, the Court granted the government's motion to seal the indictment of George Aref Nader ("defendant") until July 15, 2019. Defendant was arraigned in open court on July 19, 2019, and the indictment and docket sheet, as well as several motions and orders, have now been unsealed. Nonetheless, many of the parties' filings remain under seal, and it is unclear which, if any, should be made available to the public. Accordingly, it is hereby

ORDERED that defendant and the government carefully review each of the materials that has been docketed in this criminal case to identify which, if any, should remain under seal pursuant to Ashcraft v. Conoco, 218 F.3d 288, 302 (4th Cir. 2000); and it is further

ORDERED that the parties advise the Court no later than close of business on Monday, July 22, 2019 which, if any, documents they believe should remain under seal, identifying each by docket number. Any party asserting that a document should remain under seal must provide a statement of reasons in support.[1] Any document not identified in the parties' submissions will be made publicly available as of Tuesday, July 23, 2019.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19 day of July, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] Defendant need not provide additional reasons in support of his motion to seal [Dkt. No. 61] related to his request for revocation of the detention order, as the Court has already considered and granted that motion.