IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>GEORGE AREF NADER,<br><br>                        Defendant. | Case No. 1:19-CR-201 |

**Defendant's Response to Order dated 7/19/2019**

Defendant George A. Nader, through his undersigned counsel, respectfully requests that the following documents, identified by their docket numbers, remain sealed when the court unseals this matter on July 23, 2019:

Docket 18 - (Emergency Motion for Conditional Release filed 6/6/2019) and Attachments 1-5

Docket 33 - (Supplemental Memorandum for Conditional Release filed 6/7/2019) and Attachments 1-7

Docket 58 - (Motion to Revoke the Detention Order filed 7/19/2019) and Attachments 1-9

The grounds for continuing to seal these docket entries is that the documents refer to or contain Defendant's personal medical information, including identification of his physicians and their specialties, test results and other records, and discussion and opinions of his medical condition by his physicians.

Dated: July 22, 2019

1

Respectfully submitted,

LATHAM & WATKINS LLP

s/ Clayton D. LaForge
Clayton D. LaForge (#84075)
Jonathan C. Su (#92804)
Timothy H. McCarten (#77044)
Savannah K. Burgoyne (#90596)
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Clayton.LaForge@lw.com
Jonathan.Su@lw.com
Timothy.McCarten@lw.com
Savannah.Burgoyne@lw.com
Christopher J. Clark (*pro hac vice*)
LATHAM & WATKINS, LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-2927
Fax: (212) 751-4864
chris.clark@lw.com

Jonathan S. Jeffress (#42884)
Emily Anne Voshell (#92997)
KaiserDillon PLLC
1099 14th Street, NW
8th Fl. West
Washington, DC 20005
Tel: (202) 640-4430
Fax: (202) 280-1034
jjeffress@kaiserdillon.com
evoshell@kaiserdillon.com

*Attorneys for Defendant*
*George Aref Nader*