IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

GEORGE AREF NADER,

    *Defendant*.

                                                   No. 1:19-CR-201-LMB

---------------------------------------------------------x

**RESPONSE TO JULY 19, 2019 ORDER**
**REGARDING DOCKETED MATERIALS**

    The United States does not believe that any of the documents (other than those portions involving the health status of the Defendant and noted by his counsel) identified in the docket under the caption indicated above need to remain under seal.

    Though it is not directly responsive, as the Court is aware, the government has successfully sought to unseal a number of search warrants that were authorized by the U.S. Magistrate Judges in this Court in this matter. *See* Dkt. 71. However, there are a number of search warrants and affidavits that involve charges and subjects beyond that contained in the current Indictment. While the defense in this matter will be given access to these documents and the subsequent materials obtained pursuant to this Court's Discovery Order and Protective Orders, they should remain under seal until the

investigations are complete for the reasons set forth in the original sealing orders obtained.

                                                      Respectfully submitted,

                                                      G. ZACHARY TERWILLIGER
                                                      UNITED STATES ATTORNEY

                                                      \_\_\_/s_____
                                                      Jay V. Prabhu
                                                      Laura Fong
                                                      Assistant United States Attorneys
                                                      U.S. Attorney's Office
                                                      Eastern District of Virginia

July 22, 2019

## Certificate of Service

I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of filing (NEF) to counsel of record for the defense.

By: _____/s_____
Jay V. Prabhu
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700
(703) 299-3981 (fax)
jay.prabhu@usdoj.gov