IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) 1:19-cr-201 (LMB) |
| GEORGE AREF NADER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On July 19, 2019, the Court ordered the parties to review all the materials that have been docketed in this case to identify which, if any, they believed ought to remain under seal. Defendant argues that three of his motions, together with their attachments, should remain under seal because they contain sensitive personal medical information. The government agrees and further states that no additional documents filed in this case should remain under seal.[1] Based on a review of the record and the parties' submissions, the Court agrees with the parties' recommendations. Accordingly, it is hereby

ORDERED that defendant's Emergency Motion for Conditional Release [Dkt. No. 18] and attachments 1 through 5 [Dkt. Nos. 18-1 to -5], Supplemental Memorandum for Conditional Release [Dkt. No. 33] and attachments 1 through 7 [Dkt. Nos. 33-1 to -7], and Memorandum in Support of Motion to Revoke the Detention Order [Dkt. No. 58] and attachments 1 through 9 [Dkt. Nos. 58-1 to -9] shall REMAIN UNDER SEAL until further order of the Court; and it is further

---

[1] The government observes that "there are a number of search warrants and affidavits that involve charges and subjects beyond that contained in the current Indictment" and argues as a precaution that these "should remain under seal." None of those other search warrants has been filed in this case, and accordingly this Order does not affect the sealing of those materials.

2

ORDERED that all other materials docketed in this criminal case be and are UNSEALED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of July, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge