# * UNITED STATES DISTRICT COURT CRIMINAL MINUTES *

Date: 07/23/19    Judge: Brinkema    Reporter: A. Thomson
Time: 9:59am - 10:13am               Interpreter:
                                     Language:
                                     Probation Email:
                                     Jury Email:

# UNITED STATES OF AMERICA
            v.

  GEORGE AREF NADER                    1:19cr201
    Defendant's Name                  Case Number

  Jonathan Jeffress/Tim McCarten       Jay Prabhu/Laura Fong
  **Counsel for Defendant:**           **Counsel for Government**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [X] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Docket Call    [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person   [ ] failed to appear   [X] with Counsel   [ ] without Counsel   [ ] through Counsel

**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA    [ ] FA    [ ] PG    [ ] PNG    **Trial by Jury:** [ ] Demanded    [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court    [ ] Order to follow
[ ] Deft directed to USPO for PSI---  [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: _____ at _____ for:
[ ] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
 #57 Deft Motion to Revoke the Detention Order - argued and denied

**Deft is:** [X] In Custody   [ ] Summons Issued   [ ] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at:** $ _____   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [X] Deft Remanded   [ ] Deft Released on Bond   [ ] Deft Continued on Bond