IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | 1:19-cr-201 (LMB) |
| GEORGE AREF NADER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion to Revoke the Detention Order [Dkt. No. 57] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of July, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge