AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br> GEORGE AREF NADER <br> *Defendant* | ) ) ) ) ) ) Case No. 1:19-cr-201 |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court <br> 401 Courthouse Square <br> Alexandria, VA 22314 | Courtroom No.: | Judge Brinkema, 7th Floor |
|---|---|---|---|
| | | Date and Time: | 09/30/2019 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 08/14/2019

CLERK OF COURT 

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _George A. Nader_
_____ , who requests this subpoena, are:

Clayton LaForge
Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
T: (202) 637-2200
F: (202) 637-2201
clayton.laforge@lw.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 1:19-cr-201

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

 ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

 ☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
*Server's signature*

            _____
*Printed name and title*

            _____
*Server's address*

Additional information regarding attempted service, etc: