IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:19-cr-00201-LMB |
| GEORGE A. NADER | |
| Defendant. | |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Extend Time to File Pretrial Motions and for Continuance of Motions Hearing. The Parties' pretrial motions are currently due on August 19, 2019, and a hearing on the motions is scheduled for September 6, 2019.

Accordingly, for good cause shown, the Joint Motion to Extend Time to File Pretrial Motions and for Continuance of Motions Hearing is GRANTED. Any pretrial motions now shall be filed on or before August 26, 2019, and a hearing on the motions shall be continued to September 13, 2019.

It is so ORDERED.

/s/
Leonie M. Brinkema
United States District Judge

Date: August 16, 2019
Alexandria, Virginia