IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   1:19-cr-201 (LMB) |
| GEORGE AREF NADER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated during a telephone conference held on the record, it is hereby

ORDERED that the trial scheduled for September 30, 2019 at 10:00 A.M. is

CANCELLED, all deadlines in this case except for those relating to the pending Media Coalition

Motion to Intervene and for Access to Certain Search Warrant Materials [Dkt. No. 90], to which

a response is due one week from today, are STAYED; and it is further

ORDERED that the parties appear for a status conference before the Court on September

20, 2019 at 11:00 A.M.

The Clerk is directed to remove the trial from the docket and forward copies of this Order

to counsel of record, the jury section, and the United States Marshals Service.

Entered this 23nd day of August, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge