# *UNITED STATES DISTRICT COURT CRIMINAL MINUTES*

Date: 09/06/19    Judge: Brinkema    Reporter: A. Thomson
Time: 10:56am - 11:02am    Interpreter:
                                                                                                             Language:
                                                                                                             Probation Email:
                                                                                                             Jury Email:

## UNITED STATES OF AMERICA
       v.

| GEORGE AREF NADER | 1:19cr201 |
|---|---|
| Defendant's Name | Case Number |

| Jonathan Jeffress | Jay Prabhu/Laura Fong |
|---|---|
| **Counsel for Defendant:** | **Counsel for Government** |

**Matter called for:**
[ ] Arraignment     [ ] Pre-Indictment Plea     [ ] Change of Plea    [X] Motions
[ ] Sentencing       [ ] Revocation Hearing     [ ] Docket Call      [ ] Appeal (USMC)
[ ] Other

Deft appeared:   [ ] in person    [ ] failed to appear    [ ] with Counsel    [ ] without Counsel   [X] through Counsel

**Filed in open court:**
[ ] Information    [ ] Plea Agreement    [ ] Statement of Facts    [X] Waiver of Appearance    [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA     [ ] FA     [ ] PG     [ ] PNG    **Trial by Jury:**   [ ] Demanded      [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US   [ ] Deft
[ ] Order entered in open court      [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[ ] Case continued to: _____ at _____ for:
[ ] Jury Trial    [ ] Bench Trial    [ ] Sentencing    [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits    [ ] Denies violations of the conditions of probation/supervised release
Court:   [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

#90 Deft Motion to Intervene and for Access to Certain Search Warrant Materials – granted in part/denied in part

**Deft is:** [ ] In Custody    [ ] Summons Issued    [ ] On Bond    [ ] Warrant Issued    [ ] 1st appearance

**Bond Set at**: $ _____ [ ] Unsecured    [ ] Surety    [ ] Personal Recognizance
[ ] Release Order Entered    [ ] Deft Remanded    [ ] Deft Released on Bond    [ ] Deft Continued on Bond