IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19-cr-201 (LMB) |
| ) | |
| GEORGE AREF NADER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, the Media Coalition's Motion to Intervene and for Access to Certain Search Warrant Materials [Dkt. 90] is GRANTED in part and DENIED in part, and it is hereby

ORDERED that the Media Coalition may intervene in this criminal action to seek access to certain search warrant materials; however, its Motion for Access to Certain Search Warrant Materials is DENIED without prejudice to being renewed once the criminal case against the defendant is resolved.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6 day of September, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge