IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:19-cr-201 (LMB) |
| | ) | |
| GEORGE AREF NADER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Because the Court will not have a docket on Friday, September 20, 2019 and there being no objection from counsel, it is hereby

ORDERED that the status hearing scheduled for Friday, September 20, 2019 at 11:00 am be and is continued to **Monday, September 23, 2019 at 10:00 am**.

The Clerk is directed to reset the hearing deadlines and forward copies of this Order to counsel of record.

Entered this 17 day of September, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge