# *UNITED STATES DISTRICT COURT CRIMINAL MINUTES*

Date: 09/23/19    Judge: Brinkema    Reporter: A. Thomson
Time: 9:58am - 10:03am    Interpreter: _____
                                               Language: _____
                                               Probation Email: ___
                                               Jury Email: ___

## UNITED STATES OF AMERICA
         v.

GEORGE AREF NADER                  1:19cr201
     Defendant's Name                    Case Number
Courtney Forrest
Jonathan Jeffress/Caroline Platt         Jay Prabhu
**Counsel for Defendant:**              **Counsel for Government**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing    [X] Status-Revocation Hearing    [ ] Docket Call    [ ] Appeal (USMC)
[ ] Other _____
Deft appeared: [X] in person   [ ] failed to appear   [X] with Counsel   [ ] without Counsel   [ ] through Counsel

**Filed in open court:**
[ ] Information    [ ] Plea Agreement    [ ] Statement of Facts    [ ] Waiver of Indictment    [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA    [ ] FA    [ ] PG    [ ] PNG    **Trial by Jury:** [ ] Demanded    [ ] Waived
[X] __14__ Days to file Motions with Argument on __11/01/19__ at __11:00am__
[ ] Deft entered Plea of Guilty as to Count(s) _____ of the _____
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court    [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: __01/13/20__ at __10:00am__ for:
[X] Jury Trial    [ ] Bench Trial    [ ] Sentencing    [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

_____
_____

**Deft is:** [X] In Custody    [ ] Summons Issued    [ ] On Bond    [ ] Warrant Issued    [ ] 1st appearance

**Bond Set at**: $ _____ [ ] Unsecured [ ] Surety [ ] Personal Recognizance
[ ] Release Order Entered    [X] Deft Remanded    [ ] Deft Released on Bond    [ ] Deft Continued on Bond