IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE AREF NADER,<br><br>Defendant. | Case No. 1:19-cr-201 |

### PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Laura Fong, former Assistant United States Attorney in the Eastern District of Virginia, as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

By: _____
Laura Fong
Trial Attorney
Computer Crime & Intellectual Property Section
Department of Justice

Date: October 10, 2019