FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 OCT -7 P 4: 03

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:19-cr-00201-LMB |
| GEORGE A. NADER | FILED UNDER SEAL |
| Defendant. | |

## MOTION TO DISMISS COUNT THREE OF THE INDICTMENT

George A. Nader, through the undersigned counsel, respectfully moves this Court to dismiss as time-barred Count Three of the Indictment, which alleges a violation of § 2423 of Title 18 of the United States Code. *See* ECF No. 49 at 3. A supporting memorandum, declaration and exhibits, and a proposed order, accompany this motion. The motion is filed under seal pursuant to LCrR 49(A), (C), (D) and (E), as well as this Court's Protective Order entered on July 19, 2019. *See* ECF No. 67.

Dated: October 7, 2019

Respectfully submitted,

LATHAM & WATKINS LLP

_____
Timothy H. McCarten (#77044)
Clayton D. LaForge (#84075)
Savannah K. Burgoyne (#90596)
Zachary D. Williams (*pro hac vice*)
555 Eleventh St., NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Timothy.McCarten@lw.com
Clayton.LaForge@lw.com
Savannah.Burgoyne@lw.com
Zachary.Williams@lw.com

Christopher J. Clark (*pro hac vice*)
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
Tel: (212) 906-2927
Fax: (212) 751-4864
Chris.Clark@lw.com

Jonathan S. Jeffress (#42884)
Emily Anne Voshell (#92997)
Courtney Roberts Forrest (#76738)
KaiserDillon PLLC
1099 14th Street, NW
8th Fl. West
Washington, DC 20005
Tel: (202) 640-4430
Fax: (202) 280-1034
jjeffress@kaiserdillon.com
evoshell@kaiserdillon.com
cforrest@kaiserdillon.com

*Attorneys for Defendant*
*George Aref Nader*