IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   1:19-cr-201 (LMB) |
| GEORGE AREF NADER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Before the Court is defendant George Nader's Motion to Withdraw Counsel ("Motion") [Dkt. 150]. The Court having considered the Motion, and for good cause shown, the Motion is GRANTED, and it is hereby

ORDERED that Christopher J. Clark, Zachary D. Williams, and Jason D. Despain are permitted to withdraw as counsel for defendant.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4th day of December, 2019.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge