**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-201 |
| | ) | |
| GEORGE AREF NADER, | ) | The Honorable Leonie M. Brinkema |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **NOTICE OF APPEARANCE**

Please take notice that John N. Nassikas III, Esq. of Arnold & Porter Kaye Scholer LLP, an attorney admitted to practice in this Court, appears as counsel in this case for Defendant George Aref Nader.

Dated: January 2, 2020

Respectfully submitted,

/s/ John N. Nassikas III
John N. Nassikas III (VA Bar No. 24077)

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
E-mail: John.Nassikas@arnoldporter.com

*Attorney for Defendant George Aref Nader*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered in the CM/ECF system.

Dated: January 2, 2020

Respectfully submitted,

/s/ John N. Nassikas III
John N. Nassikas III (VA Bar No. 24077)

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
E-mail: John.Nassikas@arnoldporter.com

*Attorney for Defendant George S. Nader*