IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:19-cr-201 (LMB) |
| GEORGE A. NADER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Due to scheduling issues raised by the parties, it is hereby

ORDERED that the Status Conference currently scheduled for Monday, January 13, 2020 at 10:00 am be and is RESCHEDULED for Monday, January 13, 2020 at 2:00 pm.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6 day of January, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge