# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **GEORGE AREF NADER,** <br><br> **Defendant** | Case No. 1:19CR201-LMB |

## UNITED STATES' MOTION TO SEAL STATEMENT OF FACTS AND FILE REDACTED VERSION

The United States of America, by and through undersigned counsel, respectfully moves this Honorable Court for entry of an order sealing the Statement of Facts in support of the plea agreement in case 1:19CR201 and directing the Clerk of Court to file the attached redacted copy of the Statement of Facts on the public docket, and to maintain the original Statement of Facts under seal.

The original Statement of Facts contains identifying information that could identify as yet uncharged co-conspirators. To protect the government's continuing investigation, the government respectfully requests that the Court direct the Clerk of Court to file the attached redacted copy of the Statement of Facts on the public docket, and to maintain the original Statement of Facts under seal. The redacted copy of the affidavit redacts potentially identifying information in accordance with Local Criminal Rules 47 and 49.

The Defendant consents to this Motion.

A proposed Order is submitted herewith for the convenience of the Court

                                                                 Respectfully submitted,
                                                                 United States Attorney

By: _____
                                                 Jay V. Prabhu
                                                 Assistant United States Attorney
                                                 United States Attorney's Office
                                                 Eastern District of Virginia
                                                 2100 Jamieson Avenue
                                                 Alexandria, Virginia 22314
                                                 Phone: 703-299-3700
                                                 Email: jayvprabhu@usdoj.gov