IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:19-CR-201 |
| ) | |
| GEORGE AREF NADER, ) | The Honorable Leonie M. Brinkema |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please take notice that Andrew E. Talbot, Esq. of Arnold & Porter Kaye Scholer LLP, an attorney admitted to practice in this Court, appears as counsel in this case for Defendant George Aref Nader.

Dated: January 13, 2020

Respectfully submitted,

/s/ Andrew E. Talbot
Andrew E. Talbot (VA Bar No. 93801)

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
E-mail: Andrew.Talbot@arnoldporter.com

*Attorney for Defendant George Aref Nader*

1

# CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn will provide electronic notification of and access to such filing to the counsel of record in this matter who are registered in the CM/ECF system.

Dated: January 13, 2020

Respectfully submitted,

/s/ Andrew E. Talbot
Andrew E. Talbot (VA Bar No. 93801)

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: +1 202.942.5000
Fax: +1 202.942.5999
E-mail: Andrew.Talbot@arnoldporter.com

*Attorney for Defendant George S. Nader*