AO 455 (Rev. 01/09) Waiver of an Indictment



FILED IN OPEN COURT
JAN 13 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. ) Case No. 19-CR-201 (LMB)
Georg Aref Nadr )
_Defendant_ )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1-13-2020

_Defendant's signature_

_Signature of defendant's attorney_

Jonathan Jeffress
_Printed name of defendant's attorney_

/s/ _[signature]_
Leonie M. Brinkema
United States District Judge  1/13/20