IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



UNITED STATES OF AMERICA

v.

GEORGE AREF NADER,

**Defendant**

Case No. 1:19CR201-LMB

MOTION TO DISMISS

The United States of America, by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Jay V. Prabhu, Assistant United States Attorney, hereby moves this Honorable Court pursuant to FED. R. CRIM. P. 48(a) to dismiss Counts 1, 2, and 3 of the Indictment against defendant GEORGE AREF NADER in the above-captioned case.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Jay V. Prabhu
Assistant United States Attorney