

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:19CR201-LMB |
| **GEORGE AREF NADER,** | |
| Defendant | |

## ORDER

Upon Motion of the United States to Dismiss Counts 1, 2, and 3 of the Indictment against defendant GEORGE AREF NADER in the above-captioned case, it is hereby

ORDERED that Counts 1, 2, and 3 of the Indictment in the above-captioned case are dismissed as to defendant GEORGE AREF NADER.

Alexandria, Virginia

Date: January 13, 2020

/s/
Leonie M. Brinkema
United States District Judge