# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>GEORGE AREF NADER,<br><br>      Defendant. | Case No. 1:19-CR-201<br><br>The Honorable Judge Leonie M. Brinkema |

## JOINT MOTION TO CONTINUE SENTENCING

Defendant George A. Nader, through undersigned counsel, respectfully submits this Joint Motion to Continue his Sentencing, currently set for May 22, 2020, to June 26, 2020, in light of the Eastern District of Virginia General Order 2020-12 postponing all court appearances scheduled to occur through June 10, 2020. Both the government and counsel for Mr. Nader are available on June 26, 2020 for sentencing.

### CONCLUSION

The government and Mr. Nader respectfully request that this Court reset his sentencing for June 26, 2020.

Dated: May 4, 2020                     Respectfully submitted,

| | |
|---|---|
| G. ZACHARY TERWILLIGER<br>UNITED STATES ATTORNEY<br>/s/ Jay V. Prabhu_____<br>Jay V. Prabhu<br>U.S. Attorney's Office<br>Eastern District of Virginia | /s/ Jonathan S. Jeffress_____<br>Jonathan S. Jeffress (#42884)<br>Emily Anne Voshell (#92997)<br>Courtney Roberts Forrest (#76738)<br>KaiserDillon PLLC |

<table>
<tr><td>

2100 Jamieson Ave.  
Alexandria, VA 22314

</td><td>

1099 14th Street, NW  
8th Fl. West  
Washington, DC 20005  
Tel: (202) 640-4430  
Fax: (202) 280-1034  
jjeffress@kaiserdillon.com  
evoshell@kaiserdillon.com  

*Attorneys for Defendant*  
*George Aref Nader*

John N. Nassikas III (#24077)  
Andrew Talbot (#93801)  
Arnold & Porter Kaye Scholer LLP  
601 Massachusetts Ave., NW  
Washington, DC 20001  
Tel: (202) 942-5000  
Fax: (202) 942-5999  
John.Nassikas@arnoldporter.com  
Andrew.Talbot@arnoldporter.com  

*Attorneys for Defendant*  
*George Aref Nader*

</td></tr>
</table>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE AREF NADER,<br><br>　　　　　　　　Defendant. | Case No. 1:19-CR-201 |

### [Proposed] ORDER

This matter is before the Court on a Joint Motion to Continue Sentencing.

Accordingly, for good cause shown and pursuant to Eastern District of Virginia General Order 2020-12, Mr. Nader's sentencing, currently set for May 22, 2020, is hereby continued until:  June 26, 2020.

It is so ORDERED.

_____

UNITED STATES DISTRICT COURT JUDGE

Date: _____

　　Alexandria, Virginia