# SENTENCING HEARING

Judge Leonie M. Brinkema

Date: 06/26/20
Start: 11:09am  End: 12:00pm

Reporter: A. Thomson
pretrial ofc present

## UNITED STATES of AMERICA

CASE NUMBER: 1:19cr201

Vs.

GEORGE AREF NADER

C. Forrest, J. Nassikas
Counsel/Govt.: Jay Prabhu    Counsel/Deft.: J. Jeffress, E. Voshell

Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**              Upon Motion of [ ] Deft [ ] Govt
Offense Level: 42                        Court depart from G/L pursuant to:
Criminal History: I                      [ ] USSG 5K1.1
Imprisonment Range: 360 to 600 months    [ ] USSG 5C1.2
Supervised Release Range: 5 years to Life (each count)    [ ] USSG 5K2.12
                                         [ ] USSG 5H1.4
Fine Range: $ 25,000.00 to $ 250,000.00 (each count)

Special Assessment: $ 100.00 per Count

**JUDGMENT of the COURT:**
BOP for 10 years, each count, concurrent; with credit for time served
Supervised Release for LIFE each count; concurrent
Supervised Probation for _____ Years
Restitution: $ 150,000,00 payable to _____
Fine: $ 25,000.00 [x] Due Immediately [ ] Monthly payments of $ 500.00 to begin 60 days from imposition of sentence/release
Special Assessment: $ 200.00 [ ]Satisfied [x] Due immediately
Fine/Costs Waived [ ] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.
___ Deft. to remain drug free, In/Out patient treatment as directed.
    ___ Deft to pay costs as able    ___ Deft to waive privacy
 x  Deft. to participate in mental health evaluation, treatment as directed.
    x Deft to pay costs as able     x  Deft to waive privacy
 x  Pay Restitution of $ 150,000.00____,[x] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment    ___ Full-time education program
 x  Drug Testing Waived
___ Other: _____

**RECOMMENDATION TO BOP:**

 x   Deft. to be designated to FCI Petersburg, VA.

___  Residential Drug Abuse Treatment Program (RDAP)

___  Other: _____.

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

Restitution Order & Forfeiture Order filed & entered in open court

Amended plea agreement filed & entered in open court

Victim invited to allocate, one spoke

Zuzana Arata intp