IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 1:19CR201 (LMB) |
| GEORGE AREF NADER, *Defendant*. | ) |

## AMENDMENT TO PLEA AGREEMENT

The Parties to the above-captioned case do hereby agree, in writing, that a portion of the second paragraph of Section 9 of the Plea Agreement is amended as follows:

*Original:*

"At this time, the defendant specifically acknowledges that J.B. of the Czech Republic is a victim who is entitled to restitution in an amount to be determined at or before sentencing in this matter. The defendant agrees that upon determination of the amount of the victim's losses, the defendant and the United States will enter into an agreement modifying the terms of this Agreement to incorporate that specific loss amount."

To the following:

"At this time, the defendant specifically acknowledges that J.B. of the Czech Republic is a victim who is entitled to restitution. Victim J.B.'s specific loss amount has been determined to be $150,000. Pursuant to 18 U.S.C. 3663(a)(3), the defendant agrees to pay restitution in the amount of $150,000 to J.B."

In all other respects, the Plea Agreement should remain as entered into before the Court.

_____
Jay V. Prabhu
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314

_____
George A. Nader
Defendant

_____
Jonathan Stuart Jeffress
Counsel for Defendant
1401 K Street NW, Suite 600
Washington, DC 20005



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19CR201 (LMB) |
| | ) | |
| GEORGE AREF NADER, | ) | |
| *Defendant.* | ) | |

ORDER

Upon written submission of the Parties in the above-captioned matter, agreeing that a portion of the second paragraph of Section 9 of the Plea Agreement be amended, the Court HEREBY ORDERS that the Plea Agreement is SO AMENDED.

That is, the second paragraph of Section 9 of the Plea Agreement shall now read as follows:

"As to the conduct in violation of 18 U.S.C. § 2423, the defendant agrees to the entry of a restitution order in the full amount of the victim's losses pursuant to 18 U.S.C. § 3663(a)(3). The defendant further agrees that the United States may seek restitution and that the Court may order restitution in the full amount of the victim's losses pursuant to 18 U.S.C. § 3663(a)(l)(A). At this time, the defendant specifically acknowledges that J.B. of the Czech Republic is a victim who is entitled to restitution. Victim J.B.'s specific loss amount has been determined to be $150,000. Pursuant to 18 U.S.C. 3663(a)(3), the defendant agrees to pay restitution in the amount of $150,000 to J.B."

In all other respects, the Plea Agreement shall remain as entered into before the Court.

It is SO ORDERED.

/s/ *[signature]*
Leonie M. Brinkema   6/26/2020
United States District Judge