**Filed Under Seal**

# Exhibit 1
## Records from University Heart Center, Hamburg