IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE AREF NADER,<br><br>                              Defendant. | Case No. 1:19-CR-201<br><br>The Honorable Judge Brinkema<br>**Hearing Requested** |

**FIRST SUPPLEMENT TO MR. GEORGE NADER'S
SECOND MOTION FOR COMPASSIONATE RELEASE**

Defendant George Nader, by his attorneys, respectfully submits this First Supplement to his Second Motion for Compassionate Release. By this supplement, Mr. Nader presents the Court with an update on Mr. Nader's current health status and his conditions of confinement, both of which support his pending request for compassionate release.

Mr. Nader has now been incarcerated at the Alexandria Detention Center ("ADC") since June 1, 2019, a period of over 20 months. Mr. Nader has not been outdoors (*e.g.*, to breathe clear air or experience natural sunlight) since November 2019. Because Mr. Nader's family and friends reside almost entirely in Lebanon and the United Arab Emirates (and also due to COVID-19 visiting restrictions), Mr. Nader has spent that entire time without a single visit from any of his loved ones.

Since Mr. Nader's change-of-plea hearing before this Court on January 13, 2020—for well over a year now—Mr. Nader has been held, for his own safety, in "administrative segregation." In that status, Mr. Nader is permitted out of his small jail cell for only two hours a day. Although Mr. Nader is in administrative segregation for his own protection, his segregation bloc, 3A-B, is mostly a punishment bloc for inmates who have violated ADC rules, including by

assaulting other inmates or prison staff.  Many of Mr. Nader's fellow bloc inmates suffer from mental health problems and, in some cases, shout and bang the walls at night, keeping the other bloc members awake.  As one would expect, Mr. Nader's mental and physical health have been significantly affected by these conditions and continue to deteriorate.  This is a particularly dangerous situation given the significant health conditions Mr. Nader suffers from, as set forth in his motions for compassionate release.

The above is not the fault of ADC or the Sheriff who runs the facility.  Under the Sheriff's management, Mr. Nader this week received the second shot of a two-dose COVID-19 vaccine.  That does not change the fact, however, that ADC is a pretrial detention facility designed to hold people for several months—at most.  It was not designed for—and is not capable of—humanely housing individuals for *several years*, a duration of confinement that Mr. Nader rapidly approaches.

Mr. Nader remains deserving of compassionate release, notwithstanding his vaccination status.  Of course, no vaccine is 100% effective, and studies have shown that both the Pfizer and Moderna vaccines have reduced effectiveness against the South African variant of the virus.  *See* https://www.washingtonpost.com/nation/2021/02/18/coronavirus-covid-live-updates-us/ (last visited Feb. 19, 2021).  Moreover, in addition to his risk of serious illness or death from COVID-19, Mr. Nader also has a serious heart condition—progressive coronary artery disease—that is compounded by his hypertension and high cholesterol.  Mr. Nader's heart disease is exacerbated by his conditions of confinement, which have prevented him from receiving the cardiac rehabilitation his doctors recommended and significantly limit his opportunities for exercise.

Finally, on another subject, Mr. Nader respectfully notes that he has satisfied all monetary penalties associated with his sentence.  He paid $150,000 in restitution to J.B. and his

special assessment ($200) shortly after his June 26, 2020 sentencing, and paid his Court fine ($25,000) in December 2020.

For all of the foregoing reasons, and all those stated in Mr. Nader's Second Motion for Compassionate Release and his Reply thereto, Mr. Nader respectfully submits that his motion for compassionate release should be granted.

Dated: February 19, 2021  Respectfully submitted,

/s/
Jonathan S. Jeffress (#42884)
Emily Anne Voshell (#92997)
Courtney Roberts Forrest (#76738)
KaiserDillon PLLC
1099 14th Street, NW, 8th Fl. West
Washington, DC 20005
Tel: (202) 640-4430
Fax: (202) 280-1034
jjeffress@kaiserdillon.com
evoshell@kaiserdillon.com
cforrest@kaiserdillon.com


John N. Nassikas III (#24077)
Andrew E. Talbot (#93801)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
john.nassikas@arnoldporter.com
andrew.talbot@arnoldporter.com

*Attorneys for Defendant*
*George Aref Nader*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

                                        /s/ Jonathan Jeffress
                                        Jonathan Jeffress